**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6323**

_____

KEVIN LOU ENGLISH,

               Plaintiff – Appellant,

     v.

TRACY JOHNS; ANDRE TAYLOR; KAREN PAYNTER; DR. KAREN
STEINOUR; NICOLE WEAVER; K. MCKOY; MS. J. WALKER; L. GOODE;
MR. TRUE; H. CANDELARIO; J. TILLEY; R. ELSEA; J. GODWIN,

               Defendants – Appellees,

     and

NANCY WEAVER,

               Defendant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever III,
Chief District Judge. (5:11-ct-03206-D)

_____

Submitted:  August 21, 2014        Decided:  August 27, 2014

_____

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin Lou English, Appellant Pro Se. Jennifer Dee Dannels,
FEDERAL MEDICAL CENTER, Butner, North Carolina; Kimberly Ann

Moore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lou English appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. English v. Johns, No. 5:11-ct-03206-D (E.D.N.C. Feb. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3